**3 PAGES**

Gregory C. Nuti (CSBN 151754)
  gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
  kcoleman@schnader.com
Todd Holvick (CSBN 257784)
  tholvick@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California  94104-5501
Telephone:  415-364-6700
Facsimile:  415-364-6785

Attorneys for Plaintiff
Bradley D. Sharp, Chapter 11 Trustee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>SK Foods, LP, a California Limited Partnership, et al.<br><br>Debtors. | **No. 13-CV-02203-WBS**<br><br>**Chapter 11 BK Case no. 09-29162**<br><br>**Adv. Proc. No. 10-02014** |
| Blackstone Ranch Corporation, et al.,<br><br>Appellants,<br><br>vs.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee, et al.,<br><br>Appellees. | **STIPULATION AND ORDER EXTENDING TIME TO FILE DESIGNATION OF RECORD, STATEMENT OF ISSUES AND NOTICE REGARDING TRANSCRIPT ORDER**<br><br>Place:  Department 5<br>           501 I Street, 6th Floor<br>           Sacramento, CA  95814<br>Judge: Hon. William B. Shubb |

PHDATA 4775640_1

**STIPULATION AND ORDER EXTENDING TIME TO FILE DESIGNATION OF RECORD, STATEMENT OF ISSUES AND NOTICE REGARDING TRANSCRIPT ORDER**

Appellee Bradley D. Sharp ("Appellee"), the duly appointed and acting Chapter 11 Trustee in the case of SK Foods, L.P. and RHM Industrial Specialty Foods, Inc. d/b/a Colusa County Canning Co., on the one hand, and Appellant SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Salyer Management Corporation, LLC, Monterey Peninsula Farming LLC, SK Farms Services, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, and SSC Farms III, LLC, SS Farms, LLC (the "Appellants") on the other (collectively, the "Parties"), hereby stipulate and agree as follows:

## **RECITALS**

A.   On October 18, 2013, the Appellants filed their Notice of Appeal from the Bankruptcy Court's Judgment of Substantive Consolidation, entered on October 4, 2013, and Statement of Election to have their appeal heard by the District Court.

B.   On October 22, 2013, the United States District Court for the Eastern District of California issued its Opening Letter notifying the Appellants of their obligation to file their designation of record, statement of issues on appeal and a notice regarding the ordering of transcripts with the bankruptcy court within fourteen (14) days of their filing of the Notice of Appeal, as required by Federal Rule of Bankruptcy Procedure ("FRBP") 8006.

C.   The Appellants are currently in default of their obligations under FRBP 8006.

## **STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby agree as follows:

1.   The Parties stipulate, subject to court approval, that by no later than December 31, 2013 Appellants shall either file (1) their designation of record, statement of issues on appeal and a notice regarding the ordering of transcripts with the bankruptcy court, or (2) a request for dismissal of the above-captioned appeal.

////
////
////
////

2. In event the Appellants fail to comply with Paragraph 1 above, the Appellee is authorized to submit an *ex parte* request and order dismissing the above-captioned appeal.

IT IS SO STIPULATED.

Dated: December 18, 2013                     SCHNADER HARRISON SEGAL & LEWIS LLP

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Todd B. Holvick*
　　　　　　　　　　　　　　　　　　　　　　　　　Todd B. Holvick
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Bradley D. Sharp, Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee for Plaintiff SK Foods, L.P.

Dated: December 18, 2013                     LAW OFFICE OF KIMBERLY A. WRIGHT

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Kimberly A. Wright*
　　　　　　　　　　　　　　　　　　　　　　　　　Kimberly A. Wright
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Scott Salyer, Neal
　　　　　　　　　　　　　　　　　　　　　　　　　Alexander, SSRT Holding Pty Limited, SSC&L
　　　　　　　　　　　　　　　　　　　　　　　　　2007 Pty Limited, Scott Salyer Revocable Trust and
　　　　　　　　　　　　　　　　　　　　　　　　　the SSC&L 2007 Trust

IT IS SO ORDERED.

Dated: December 18, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER EXTENDING TIME TO FILE DESIGNATION OF RECORD, STATEMENT OF ISSUES AND NOTICE REGARDING TRANSCRIPT ORDER**