**2 PAGES**

Gregory C. Nuti (CSBN 151754)
  gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
  kcoleman@schnader.com
Todd Holvick (CSBN 257784)
  tholvick@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California St., 19th Floor
San Francisco, California  94108
Telephone:  415-364-6700
Facsimile:  415-364-6785

Attorneys for Plaintiff
Bradley D. Sharp, Chapter 11 Trustee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>SK Foods, LP, a California Limited Partnership, et al.<br><br>Debtors. | No. 13-CV-02203-WBS<br><br>**Chapter 11 BK Case no. 09-29162**<br><br>Adv. Proc. No. 10-02014 |
| Blackstone Ranch Corporation, et al.,<br><br>Appellants,<br><br>vs.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee, et al.,<br><br>Appellee. | **ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER DISMISSING APPEAL**<br><br>Date: **[no hearing required]**<br>Time:<br>Place:  Department 5<br>         501 I Street, 6th Floor<br>         Sacramento, CA  95814<br>Judge: Hon. William B. Shubb |

**Order Dismissing Appeal**

PHDATA 4793106_1

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA ST., 19TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

The Court has duly considered the *Ex Parte* Application for Order Dismissing Appeal (the "Application") filed by Appellee Bradley D. Sharp ("Appellee"), the duly appointed and acting Chapter 11 Trustee in the case of SK Foods, L.P. and RHM Industrial Specialty Foods, Inc. d/b/a Colusa County Canning Co. and the Declaration of Todd B. Holvick in support thereof.   Good cause appearing therefor, it is hereby

ORDERED that:

(1) The Application is GRANTED.

(2) The above-captioned appeal filed by Appellants SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Salyer Management Corporation, LLC, Monterey Peninsula Farming LLC, SK Farms Services, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, and SSC Farms III, LLC, SS Farms, LLC be, and hereby is, DISMISSED.

Dated:  January 3, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PHDATA 4793106_1

**Order Dismissing Appeal**